# UNITED STATES BANKRUPTCY COURT
## Eastern District of Missouri
### Thomas F. Eagleton U.S. Courthouse
### 111 South Tenth Street, Fourth Floor
### St. Louis, MO 63102

In re:  
Bradly Mathews  
Bronnie Mathews  
**Debtor(s):**

Case No.: 19−47936 − A399  
Chapter: 13

## NOTICE TO FILER OF ERRORS IN ELECTRONICALLY FILED DOCUMENTS

*Domestic Support Obligation Certificate (for Bradly) filed on was filed inaccurately.*

- ☐ PDF is:  ☐ illegible   ☐ incomplete   ☐ missing
- ☐ Signature of Debtor.
- ☐ Attorney Signature block is not in compliance with L.R. 9011.
- ☐ Chapter 13 Plan filed without Debtor(s)' Attorney Signature block as required by Bankruptcy Rule 3015.1 and L.R. 9011.
- ☐ Debtor(s) signature missing (name of debtor required).
- ☐ Transfer of Claims: transferor name does not match claimant name.
- ☐ Memorandum explaining changes to the Amended Schedules and/or Matrix was not filed in compliance with L.R. 1009(A).
- ☐ Conversion to Chapter 7 − Means Test/Statement of Current Monthly Income (L.R. 1019(B)).
- ☐ Conversion to Chapter 11 − Means Test/Statement of Current Monthly Income (L.R. 1019(B)).
- ☐ Conversion to Chapter 13 − Means Test/Statement of Current Monthly Income (L.R. 1019(B)).
- ☐ Notice of Death of Debtor is not in compliance with L.R. 1016.
- ☒ Other:

First name on Certificate does not match petition

### *Action Required By the Filer 3/11/21*

- ☒ A corrected PDF must be filed **ONLY** by using the following pathway  
  *Go to Bankruptcy>Other Misc Events>Corrected PDF*
- ☐ Document must be re−filed using the appropriate event or in the correct case.

FAILURE TO TAKE NECESSARY ACTION WITHIN THE SPECIFIED TIME MAY RESULT IN THE STRIKING OR DENIAL OF THE ORIGINAL PLEADING/DOCUMENT.

*Go to www.moeb.uscourts.gov for ECF Procedures or call the Help Desk at (866) 803−9517*

Dated: 3/4/21

/S/ Dana C. McWay  
_____  
Clerk of Court

Copy to:

errfilob Rev. 03/20